UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NO. 4:16-cr-408 |
| v. | § |
| | § |
| ANDREW IAN FARMER (1), | § |
| JOHN DAVID BROTHERTON (5), and | § |
| CHARLES EARL GROB, JR. (7) | § |

## ORDER

Pending before the Court is the government's Partially Unopposed Motion to Clarify Court's Restitution Orders as Joint and Several. For the reasons stated by the government, the Court hereby **GRANTS** the government's motion and **ORDERS** the issuance of amended judgments clarifying the following joint and several designations:

- Defendant Andrew Ian Farmer shall be joint and several with:
  - Defendant John David Brotherton in the amount of $6,290,467.08
  - Defendant Charles Earl Grob, Jr. in the amount of $4,586,395.98
  - Defendant Thomas Galen Massey in the amount of $1,126,816.49

- Defendant John David Brotherton shall be joint and several with:
  - Defendant Andrew Ian Farmer in the amount of $6,290,467.08
  - Defendant Charles Earl Grob, Jr. in the amount of $4,265,155.34
  - Defendant Thomas Galen Massey in the amount of $1,126,816.49

- Charles Earl Grob, Jr. shall be joint and several with:
  - Defendant Andrew Ian Farmer in the amount of $4,586,395.98
  - Defendant John David Brotherton in the amount of $4,265,155.34
  - Defendant Thomas Galen Massey in the amount of $1,126,816.49

IT IS SO ORDERED.

Signed on this _____ day of October, 2021.

_____
Vanessa D. Gilmore
U.S. District Court Judge